238 U.S. 637
 35 S.Ct. 940
 59 L.Ed. 1500
 UNITED STATES, Petitioner,
v.
M. H. PULASKI CO. et al.
 No. 1033.
 
 1
 UNITED STATES, Petitioner,
 
 
 2
 v.
 
 
 3
 R. B. HENRY CO. et al.
 
 
 4
 No. 1034.
 
 
 5
 UNITED STATES, Petitioner,
 
 
 6
 v.
 
 
 7
 JAMES ELLIOTT & CO. et al.
 
 
 8
 No. 1035.
 
 
 9
 UNITED STATES, Petitioner,
 
 
 10
 v.
 
 
 11
 J. WILE SONS & CO.
 
 
 12
 No. 1036.
 
 
 13
 UNITED STATES, Petitioner,
 
 
 14
 v.
 
 
 15
 ROBERT MULLER & CO.
 
 
 16
 No. 1037.
 
 
 17
 UNITED STATES, Petitioner,
 
 
 18
 v.
 
 
 19
 WOOD & SELICK et al.
 
 
 20
 No. 1038.
 
 
 21
 UNITED STATES, Petitioner,
 
 
 22
 v.
 
 E. LA MONTAGNE'S SONS
 
 23
 No. 1039.
 
 
 24
 UNITED STATES, Petitioner,
 
 
 25
 v.
 
 
 26
 ALBERT LORSCH & CO.
 
 
 27
 No. 1040.
 
 
 28
 UNITED STATES, Petitioner,
 
 
 29
 v.
 
 
 30
 CULLMAN BROS. et al.
 
 
 31
 No. 1041.
 
 
 32
 UNITED STATES, Petitioner,
 
 
 33
 v.
 
 
 34
 G. W. FABER INC.
 
 
 35
 No. 1042.
 
 
 36
 UNITED STATES, Petitioner,
 
 
 37
 v.
 
 LOUIS MEYERS & SON
 
 38
 No. 1043.
 
 
 39
 UNITED STATES, Petitioner,
 
 
 40
 v.
 
 WILLIAM OPENHYM & SONS
 
 41
 No. 1044.
 
 
 42
 UNITED STATES, Petitioner,
 
 
 43
 v.
 
 PARK & TILFORD
 
 44
 No. 1045.
 
 
 45
 UNITED STATES, Petitioner,
 
 
 46
 v.
 
 
 47
 SELGAS & CO.
 
 
 48
 No. 1046.
 
 Supreme Court of the United States
 June 21, 1915
 
 49
 Mr. Solicitor General Davis for petitioner.
 
 
 50
 Messrs. B. A. Levett, Allan R. Brown, and Albert H. Washburn for respondents.
 
 
 51
 Granted.